No. 369. JOHN C. MADDEN *v.* W. M. FORBES. Error to the Supreme Court of the State of Kansas. Motion to dismiss submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Bilby v. Stewart,* 246 U. S. 255, 257; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300; *Stewart* v. *Kansas City,* 239 U. S. 14. (2) *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Brolan* v. *United States,* 236 U. S. 216. *Mr. Joseph M. Stark* for plaintiff in error. *Mr. Stephen H. Allen* for defendant in error.

No. 523. WESTERN UNION TELEGRAPH COMPANY *v.* ATLANTA & WEST POINT RAILROAD COMPANY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Western Union Telegraph Co.* v. *Louisville & Nashville R. R. Co., ante,* 532. *Mr. William L. Clay* and *Mr. Rush Taggart* for appellant. *Mr. Sanders McDaniel* and *Mr. Leon Weil* for appellee. See *post,* 575.

No. 290. OREGON-WASHINGTON RAILROAD & NAVIGATION COMPANY *v.* STODDARD LUMBER COMPANY. Error to the Supreme Court of the State of Oregon. Motion to dismiss submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Waldemar Van Cott, Mr. Edward M.*

*Allison, Jr.*, and *Mr. William D. Riter* for plaintiff in error. *Mr. W. Lair Thompson* for defendant in error.

---

No. 41. G. L. HENDERSON ET AL. *v.* HELEN R. RESSOR, OR HELEN R. HENDERSON, ET AL. Error to the Supreme Court of the State of Missouri. Argued November 14, 1918. Decided November 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Farrell v. O'Brien*, 199 U. S. 89; *Empire State-Idaho Mining Co. v. Hanley*, 205 U. S. 225; *Goodrich v. Ferris*, 214 U. S. 71; *Brolan v. United States*, 236 U. S. 216. (2) *Louisville & Nashville R. R. Co. v. Melton*, 218 U. S. 36, 51–52; *Eastern Building & Loan Association v. Ebaugh*, 185 U. S. 114; *Pennsylvania Fire Insurance Co. v. Gold Issue Mining Co.*, 243 U. S. 93, 96; *Texas & New Orleans R. R. Co. v. Miller*, 221 U. S. 408, 416. *Mr. C. W. Prince*, with whom *Mr. Daniel V. Howell* was on the brief, for plaintiffs in error. *Mr. H. M. Langworthy* and *Mr. T. A. Frank Jones*, for defendants in error, submitted.

---

No. 42. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* MARY O'CONNOR, ADMINISTRATRIX, ETC. Error to the Supreme Court of the State of Wisconsin. Argued November 14, 1918. Decided November 18, 1918. *Per Curiam.* Affirmed with costs upon the authority of *Seaboard Air Line Ry. v. Padgett*, 236 U. S. 668, 673; *Great Northern Ry. Co. v. Knapp*, 240 U. S. 464, 466; *Southern Ry. Co. v. Puckett*, 244 U. S. 571, 574. *Mr. H. J. Killilea*, with whom *Mr. C. H. Van Alstine* was on the briefs, for plaintiff in error. *Mr. Eben R. Minahan*, with whom *Mr. Victor I. Minahan* was on the brief, for defendant in error.